UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLESSING AGBONBA, | 2:23-cv-01176-CKD |
| Plaintiffs | ORDER |
| v. | |
| UR JADDOU, ET AL., | |
| Defendants | |

Plaintiff filed this mandamus action against defendants Ur M. Jaddou and U.S. Citizenship and Immigration Services ("USCIS") on June 20, 2023, alleging that USCIS unreasonably delayed scheduling an interview on her pending asylum application. (ECF No. 1.) On July 13, 2023, the parties informed the court that plaintiff's asylum interview took place on July 10, 2023, and that USCIS will endeavor to adjudicate plaintiff's asylum application within 120 days. (ECF No. 7.) Per the parties' stipulation, plaintiff's lawsuit will be rendered moot once USCIS completes its adjudication of plaintiff's application. (Id.) The parties request that this action be held in temporary abeyance. The court grants the parties' request and orders that this case be stayed.

In addition, the parties are reminded of their obligations under the Initial Scheduling Order, which requires that parties inform the Clerk of Court of their decision whether to consent

or decline to magistrate judge jurisdiction for all purposes in this case by filing their Consent/Decline form (ECF No. 4-1) within ninety days of the date the action was filed. (ECF No. 4 at 2, para. 2.) A review of the docket indicates that no Consent/Decline forms have yet been submitted. There is no obligation to consent, and no judge will be notified of a party's decision unless all parties have consented. See Fed. R. Civ. P. 73(b)(1). However, for proper case administration, each party must inform the Clerk of Court whether it consents to magistrate judge jurisdiction for all purposes.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. This action is STAYED; and
2. On or before November 9, 2023, the parties shall file a stipulated request to lift the stay and any outstanding consent/decline forms.

Dated: July 17, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,agbo.1176.